IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                                           PLAINTIFF

v.                                        Case No. 6:16-cr-60029-001

SHAUN BOOTH                                                                                                        DEFENDANT

## ORDER

Before the Court is Defendant Shaun Booth's Motion for Early Termination of Supervised Release. ECF No. 99.

On June 26, 2018, the Court sentenced Defendant to ninety (90) months imprisonment and three (3) years of supervised release for the offense of Aiding and Abetting the Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. Defendant began his term of supervised release on May 25, 2022.

In the instant motion, Defendant seeks to have the Court end his current term of supervised release. Defendant cites his abstention from drug use and the steady employment he has maintained. Defendant has served approximately twenty-two (22) months of his supervised release term of thirty-sixty (36) months.

The United States Probation Office ("USPO") provided the Court with its assessment of Defendant's request. The USPO notes that Defendant has maintained a stable residence, maintained full-time employment, paid his financial obligation in full, and has had no issues of noncompliance. The USPO concludes that Defendant meets the statutory requirements for release and does not oppose early termination of Defendant's supervised release. The government has not responded in opposition to Defendant's request for release from supervision.

A district court may terminate supervised release "if it is satisfied that such action is

warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable. *See id*. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, the need to protect the public from further crimes of a defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

After consideration of the above-referenced factors, the Court finds that the instant motion (ECF No. 99) should be and hereby is **GRANTED** based upon Defendant's good conduct, adherence to the terms of his supervised release, and the interests of justice. Defendant Shaun Booth's term of supervised release is hereby **terminated**.

**IT IS SO ORDERED**, this 9th day of April, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge